NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILFREDO FELICIANO,              )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No.  2D16-1216
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
                                 )
_____  )

Opinion filed August 22, 2018.

Appeal from the Circuit Court for Manatee
County; Diana L. Moreland, Judge.

Richard C. Klugh, Miami; and Marc David
Seitles and Ashley Litwin of Seitles & Litwin,
Miami, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.



LaROSE, C.J., and BLACK and SALARIO, JJ., Concur.